OPINION OF THE COURT
 

 Memorandum.
 

 The order of the Appellate Division, insofar as appealed from, should be reversed, with costs, arid defendants’ motion for summary judgment denied. Under the circumstances of this case, plaintiff raised triable issues of fact on the common-law negligence cause of action as to whether defendants owed a duty of care and whether defendants breached that duty.
 

 Chief Judge Kaye and Judges Smith, Levine, Ciparick, Wesley, Rosenblatt and Graffeo concur in memorandum.
 

 On review of submissions pursuant to section 500.4 of the Rules of the Court of Appeals (22 NYCRR 500.4), order, insofar as appealed from, reversed, etc.